United States District Court
Southern District of Texas
**ENTERED**
December 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO GONZALEZ, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION No. H-16-2823 |
| FLUOR CORPORATION, | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation, to which no objections have been filed. The court concludes that the Memorandum and Recommendation should be adopted.

Accordingly, Plaintiff's age and national origin discrimination claims are **DISMISSED**. The suit will proceed on the failure-to-accommodate and wrongful termination claims arising under the Americans with Disabilities Act.

The Clerk shall send copies of this Order to the respective parties.

**DONE** at Houston, Texas, this 7th day of December, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE