United States District Court
Southern District of Texas
**ENTERED**
February 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-16-2823 |
| | § | |
| FLUOR CORPORATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation to which no objections have been filed. The court concludes that the Memorandum and Recommendation should be adopted.

The Clerk shall send copies of this Order to the respective parties.

**DONE** at Houston, Texas, this 13th day of February, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE